**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF OKLAHOMA**

CAPITAL DEVELOPMENT AFFILIATES
LLC,

                Plaintiff,

vs.

ZEALAND BENJAMIN THIGPEN, III,

                Defendant.

Case No. 17-CV-426-CVE-FHM

## OPINION AND ORDER

The Motion to Withdraw Garnishment Summons to the Banker Bank, [Dkt. 83], filed by Capital Development Affiliates LLC is before the undersigned United States Magistrate Judge for decision. The court finds that the motion should be and is hereby GRANTED.

The Post-Judgment General Garnishment Summons issued to The Bankers Bank, 9020 North May Ave., Oklahoma City, OK 73120 related to Zealand Benjamin Thigpen, III, 8211 S. Delaware Place, Tulsa, OK 74137 is withdrawn and is of no further force and effect.

SO ORDERED this 25th day of April, 2018.

_Frank H. McCarthy_
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE